**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**WILHELMINA CAGER, Individually and as**
**Guardian and Next of Friend of AJANI BRANDON,**
**a Minor, and AJANI BRANDON, Individually,**

    **Plaintiffs,**

**vs.**                                                                                          **No. 2:23-cv-02301**

**WAL-MART, WAL-MART SUPERCENTER, #5196**      **JURY DEMANDED**
**WAL-MART ASSOCIATES, INC., WAL-MART**
**STORES EAST LP, WAL-MART STORES EAST, INC.,**
**WAL-MART STORES, INC., JOHN DOE 1, JOHN**
**DOE 2, JOHN DOE 3, and JOHN DOE 4**

    **Defendants.**

---

**NOTICE OF SETTLEMENT**

---

COME NOW Plaintiffs and remaining Defendant Wal-Mart Stores East, LP (also incorrectly named as Wal-Mart, Wal-Mart Supercenter, #5196, Wal-Mart Associates, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc.), by and through undersigned counsel of record, and hereby give notice to this Honorable Court, pursuant to LR 83.13, that the above-captioned matter has been settled. Upon completion of the settlement process, a stipulation of dismissal will be filed with this Honorable Court pursuant to Rule 41 of the Federal Rules of Civil Procedure.

1

Respectfully submitted,

 /s/ BAILEY L. WALDEN
Russell E. Reviere (TN 007166)
Blake M. Tims (TN 040511)
Bailey L. Walden (TN 36552)
Attorney for Defendants
209 East Main Street
P.O. Box 1147
Jackson, TN   38302
(731) 423-241
bwalden@raineykizer.com
Counsel for Defendant

 */s/* THERESA CHILDRESS
Theresa Childress (TN 28793)
Scott Taylor (TN 16929)
Attorneys for Plaintiff
6750 Poplar Avenue, Suite 200
Memphis, TN   38138
(901) 755-8075
tchildress@dwjlawfirm.com
staylor@dwjlawfirm.com
Counsel for Plaintiffs