UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
WILHELMINA CAGER, Individually
and As guardian and Next
Friend of AB, a Minor, and AB,
Individually,

        Plaintiffs,              No. 2:23-cv-02301-SHM/tmp

vs.                              JURY DEMANDED

WAL-MART, WAL-MART SUPERCENTER
#5196, WAL-MART ASSOCIATES
INC., WAL-MART STORES EAST,
L.P., WAL-MART STORES EAST,
INC., and WAL-MART STORES,
INC., JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, and JOHN DOE 4

        Defendants.
```

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 39) docketed December 4th, 2023.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 4, 2023                              WENDY R. OLIVER
DATE                                          CLERK

                                              */s/ Jairo Mendez*
                                              (By) DEPUTY CLERK